IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **UNITED TRANSPORTATION UNION** ) | |
| ) | |
| Plaintiff, ) | Case No. 05-190-GPM |
| ) | |
| v. ) | Judge G. Patrick Murphy |
| ) | |
| **THE ALTON & SOUTHERN RAILWAY COMPANY**, *et al.*, ) | |
| ) | |
| Defendants. ) | |

### DEFENDANTS' RESPONSE TO MOTION
### FOR LEAVE TO FILE AMICUS BRIEF

Ordinarily, the carriers would not object to the filing of an amicus brief. However, the Motion for Leave to File comes months after the parties briefed and submitted their motions for summary judgment, and, if anything, demonstrates the resolution of this case is necessary for productive collective bargaining to take place over the underlying labor dispute.

The proffered amicus brief adds nothing to the issues before the Court. The amicus claims that the carriers' proposal regarding the FELA is not a mandatory subject of bargaining. We said we *agree* with that proposition in our previous briefs. But the amicus does not purport to explain why the carriers' alternative wage reduction proposal is not a mandatory subject of bargaining, which it plainly is, however "impossible" it may be for the amicus to conceive of wage reductions. We also frankly question whether a nonparty that has not been granted leave to intervene as a party should be allowed to use an "amicus" brief as a vehicle for an attempt to embellish the record the parties to this case have made.

3315359

In these circumstances it would not be inappropriate for the Court to reject the proffered filing. If the Court does grant leave to file, we believe the contentions advanced by the amicus are fully answered in our previous briefs, so we shall not burden the Court with further briefing.

In any event, it has become clear that the underlying collective bargaining dispute cannot be resolved as long as this case remains pending, so Defendants respectfully urge the Court to issue a decision as expeditiously as possible and send the parties on their way.

Dated: March 9, 2006                              Respectfully submitted,


/s/Clifford A. Godiner_____
Clifford A. Godiner
Rodney A. Harrison
THOMPSON COBURN LLP
One U.S. Bank Plaza
St. Louis, MO  63101-1693
(314) 552-6000

Ralph J. Moore, Jr.
Thomas E. Reinert, Jr.
Jonathan C. Fritts
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, N.W.
Washington, D.C.  20004
(202) 739-5137

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on this 9th day of March, 2006, I electronically filed the foregoing Defendants' Opposition to Plaintiff's Motion for Leave to File Amicus Brief, using the CM/ECF system which will send notification of this filing to:

  John T. Papa
  Callis, Papa, Hale, Szewsczyk, Rongey & Danziger, P.C.
  1326 Neidringhaus Avenue
  Granite City, IL  62040

  Roland P. Wilder, Jr.
  Baptiste & Wilder, P.C.
  1150 Connecticut Avenue, N.W., Suite 500
  Washington, D.C.  20036

  Clinton J. Miller, III
  General Counsel
  United Transportation Union
  14600 Detroit Avenue
  Cleveland, OH  44107-4250

          /s/Clifford A. Godiner
          Clifford A. Godiner

3315359